UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KING RAMONO RA PHAROL BEAUJAYAM,<br><br>   Appellant,<br><br> v.<br><br>JOHN G. STUMPF,<br><br>   Appellee.<br>_____/ | No. C-11-3479 EMC<br><br>**ORDER RE REQUEST FOR DISCLOSURE OF ALL BIAS AND CONFLICT OF INTEREST**<br><br>**(Docket No. 15)** |

  Currently pending before the Court is Appellant's second request for disclosure of bias and conflict of interest. Docket No. 15. In his request, Appellant asks the undersigned to disclose all financial and other conflicts of interest prior to proceeding with his case, including but not limited to whether the undersigned or a member of his family has a relationship with certain third parties.

  The Court construes Appellants' request as an affidavit of bias or prejudice and request for recusal pursuant to 28 U.S.C. § 144. The Court has already held previously, *see* Docket No. 11 (order), that the undersigned has no financial or other conflict of interest with respect to many of the third parties identified by Appellant here (*e.g.*, Appellee John G. Stumpf, Wells Fargo, Bankruptcy Judge Roger L. Efremsky). To the extent Appellant has now identified additional third parties (the state of California, any county or municipality in California, the state of Delaware, Wachovia, World Savings, Golden West Financial, Cal-Western Reconveyance), the Court concludes here that there still are no circumstances warranting disqualification. The undersigned has no financial interest in the subject matter or parties to the proceedings within the meaning of 28 U.S.C. § 455.

Accordingly, to the extent Appellant asks the undersigned to recuse himself, the request is **DENIED**.

This order disposes of Docket No. 15.

IT IS SO ORDERED.

Dated: October 24, 2011

_____
EDWARD M. CHEN
United States District Judge

2